7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Robert Delano Lewis and Lesbia Lisa Marina Lewis  
−ABOVE MED−  
*Debtor*

*Bankruptcy Case No.*  
12−61358−abf13

**Dale Davis**  
    Plaintiff(s)

*Adversary Case No.*  
12−06060−abf

v.

**Robert Delano Lewis**  
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered in favor of Plaintiff Dale Davis and against Debtor Robert Delano Lewis in the amount of $11,200, with such amount being nondischargeable under ll U.S.C. Section 523(a)(4). Each party to bear its own costs.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson  
Court Executive

By: /s/ Sharon Greene  
    Deputy Clerk

Date of issuance: 4/11/13

Court to serve